IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CORNELIUS TILLMAN,

    Plaintiff,

v.                                                    CASE NO. 1:06-cv-00132-MP-AK

ALACHUA COUNTY SHERIFF'S OFFICE, SHARON BARTELL, ROBERT CHAPMAN,
RON RAHL,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 31, Report and Recommendation of the Magistrate Judge, recommending that this case be dismissed for failure to state a cause of action. The time for filing objections has passed, and none have been filed. The Court agrees that Plaintiff has failed, despite several chances given by the Magistrate Judge, to articulate the nature of the claims in the complaint. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

1.     The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2.     This matter is dismissed for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2).

3.     The clerk of court is directed to note on the docket that this cause was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

    **DONE AND ORDERED** this _17th_ day of September, 2009



                                  Maurice M. Paul, Senior District Judge